# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Beknazar Mairambekov
                                 Plaintiff,

v.                                       Case No.: 1:26−cv−01573
                                          Honorable Sharon Johnson Coleman

Samuel Olson
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

       MINUTE entry before the Honorable Sharon Johnson Coleman: This matter was scheduled for a status on 2/24/2026. Prior to the time that the case was to be called, counsel for defendants reported that the petition for writ of habeas corpus is now fully briefed and counsel for the petitioner has filed an updated status report. The Court takes the matter under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.